No. 85–547. HARRELL *v.* UNITED STATES;
No. 85–5476. GIBSON *v.* UNITED STATES;
No. 85–5485. GRAVES *v.* UNITED STATES;
No. 85–5488. MARCACCIO *v.* UNITED STATES;

No. 85–5493.   WHITE *v.* UNITED STATES;
No. 85–5500.   KEATING *v.* UNITED STATES;
No. 85–5506.   SEAVER *v.* UNITED STATES;
No. 85–5516.   LACKEY *v.* UNITED STATES;
No. 85–5517.   HART *v.* UNITED STATES; and
No. 85–5523.   RUBY *v.* UNITED STATES.   C. A. 11th Cir. Certiorari denied.   Reported below: 761 F. 2d 1459 and 766 F. 2d 1493.